**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 219 WAL 2018

            Respondent          :

                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court

            v.                       :

                                       :

DERRICK S. CLEMONS,                 :

                                       :

            Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.